UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JHON JAMES RAMIREZ QUINTERO,

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,

Respondent.

No. 1:26-cv-04251-DAD-JDP

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 7)

Petitioner Jhon James Ramirez Quintero is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 13, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 7.) Specifically, the magistrate judge found that 8 U.S.C. § 1226(a), rather than § 1226(c)(1)(E)(ii), applied to petitioner because he was not inadmissible in the relevant manner where he had been admitted to the United States pursuant to a visitor visa. (*Id.* at 2–3.) Accordingly, the magistrate recommended petitioner's immediate release. (*Id.* at 4–5.) The pending findings and recommendations were served on the parties and contained a notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 5.)

On July 20, 2026, respondent filed objections to the pending findings and recommendations which are comprised of a single sentence stating that respondent objects for the same reasons presented in respondent's prior briefing. (Doc. No. 8 at 1.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including respondent's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 13, 2026 (Doc. No. 8) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
   a. Respondent is ORDERED to immediately release petitioner Jhon James Ramirez Quintero, A-File No. 205-095-397, from respondent's custody;
   b. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a);
3. The Clerk of the Court is directed to serve a copy of this order on the California City Correctional Facility; and
4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and CLOSE this case.

IT IS SO ORDERED.

Dated: **July 21, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE